60146. THE STATE v. WILLIAMS et al.

SOGNIER, Judge.

The Attorney General of the State of Georgia brought appeals from directed verdicts of acquittal by the Superior Court of Lowndes County. Appellees filed a motion to dismiss the appeal because directed verdicts of acquittal are not appealable judgments.

The motion for a directed verdict of acquittal was made after the state had presented its evidence and rested its case. This court has held consistently that pursuant to Code Ann. § 6-1001a directed verdicts of acquittal are not appealable judgments. *State v. Warren,* 133 Ga. App. 793, 796 (213 SE2d 53) (1975); *State v. Sykes,* 137 Ga. App. 297 (223 SE2d 491) (1976); *State v. White,* 145 Ga. App. 730 (244 SE2d 579) (1978). Accordingly, the motion to dismiss the appeal must be granted.

*Appeal dismissed. Deen, C. J., and Birdsong, J., concur.*

ARGUED JUNE 4, 1980 — DECIDED JUNE 20, 1980 —
REHEARING DENIED JULY 2, 1980 —

*Arthur K. Bolton, Attorney General, William C. Joy, Assistant Attorney General, Larry H. Evans,* for appellant.
*J. Converse Bright, Tom W. Thomas,* for appellees.